[No. 14135-3-II.   Division Two.   August 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. HERBERT HALL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 159181R130, Karen G. Seinfeld, J., entered July 20, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich A.C.J., and Morgan, J.

[No. 12589-7-II.   Division Two.   August 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY LEE ALMOND, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 88-1-00113-7, Grant S. Meiner, J., entered January 13, 1989. *Affirmed as modified* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Morgan, J.

[No. 14379-8-II.   Division Two.   August 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER JAMES JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-02710-6, Arthur W. Verharen, J., entered September 27, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.